# FOURTH DEPARTMENT.

### GENERAL TERM, JUNE, 1874.

FERGUSON v. MORRIS, appellant.

*Mortgage — consideration of.*

M., B. and F. had dealings, and F. owed B. $3,400. F. offered to give B. a mortgage on land for that amount if M., at the same time, would give F. a mortgage on land for the same amount. This was accordingly done. *Held,* that the mortgage from M. to F. was void for want of consideration, unless it appeared that the debt due B. was one which M. was bound to pay as between F. and M.

APPEAL from a judgment in favor of plaintiff entered upon the report of a referee. The action was brought by Betsey A. Ferguson and another, administratrices of the estate of Harriet Ferguson, deceased, against Mary Morris and another, to foreclose a mortgage.

*Risley & Stoddard,* for appellants.

*Richardson & Adams,* for respondents.

MULLIN, P. J.

The opinion is devoted to a consideration of the facts. The head-note states all the points of any moment passed upon.

*Judgment reversed and new trial granted.*